JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| MAJED SHARIF, et al., | ) | Case No. ED CV 25-2834 FMO (KES) |
| Petitioners, | ) ) | |
| v. | ) ) | **JUDGMENT** |
| F. SEMAIA, et al., | ) ) ) | |
| Respondents. | ) ) ) | |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 20th day of March, 2026.

/s/
Fernando M. Olguin
United States District Judge